IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE FROM CUSTODY** |
| vs. | ) | |
| Keyli Rose Lafountain, | ) | Case No. 1:21-cr-176 |
| Defendant. | ) | |

On March 22, 2023, court issued an order conditionally releasing Defendant on March 24, 2023, to an inpatient treatment program at the Sunrise Native Recovery Center ("Sunrise") in Scottsdale, Arizona. (Doc. No. 241). On May 4, 2023, Defendant filed a Motion to Amend Conditions of Release from Custody. (Doc. No. 258). She requests that she be permitted to transition to and complete treatment at the Prizm Recovery Center ("Prizm") in Phoenix, Arizona, as Sunrise is closing its facilities due to a loss of funding.

The court **GRANTS** Defendant's motion (Doc. No. 258). The court modifies Defendant's release conditions to allow her to transition to Prizm. Defendant shall reside at Prizm, fully participate in its programming, and comply with all of its rules and regulations. Defendant remains subject to all of the other conditions of release previously imposed by the court.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court